UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| BILL MULLEN and MICHELLE MULLEN, | ) ) | |
| Plaintiffs, | ) | No. 12 cv 2084 EJM |
| vs. | ) ) | ORDER |
| HEINKEL FILTERING SYSTEMS, INC. and PEPPERL & FUCHS, INC., | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on plaintiffs' resisted Motion to Dismiss without prejudice, filed September 5, 2013. Motion granted.

This case involves an industrial accident suffered by plaintiff Bill Mullen while working on a Heinkel inverted centrifuge at his place of employment at the Cambrex plant in Charles City, Iowa, on December 3, 2011. The case became entangled in discovery and procedural disputes.

Fed.R.Civ.P 41(a)(2) provides that "an action may be dismissed at the plaintiff's request … on terms that the court considers proper." This court considers it proper that under these circumstances the plaintiffs' motion to dismiss without prejudice shall be granted.

It is therefore

ORDERED

Granted. Case dismissed without prejudice. Each party shall pay its costs.

November 8, 2013.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT